FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

2017 DEC -7 AM 8: 08

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Jeffrey D. Springman Pro Se;
Londy long
　　　Plaintiff

CASE NO. 4:17 CV 2544

-vs-

JUDGE  JUDGE PEARSON

Prime logistics Corp.
　　　Defendant(s)
Pam Transport,
Cherokee Insurance.

COMPLAINT

① Prime logistics Corp   3501 W. Algonquin Rd. Ste. 650 Rolling Meadows, IL. 60008

② Pam Transport   412 West Tontitown, AR. 72770
　　　　　　　　　　　Sterling Heights

③ Cherokee Insurance   34200 Mound Rd, M.I, 48310

④ 16 US Code § 8316-2- Civil Actions.

　　　On Saturday October 22, 2016 my semi I *was* leasing was hit by Pam Transport driver Curtis Holfrech. The Pam driver drove in and struck the passenger side hood area. A police report was given. The driver admitted to being at fault. Pam Transport *did not* issue a claim number for 10 days. I called them on Monday Oct. 24, 2016 approx. 0834 Am Central time.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Jeffrey D. Springman,
Cendy Land
 Plaintiff )
 )
 -vs- )
 )
Prime logistics Corp.,
 Defendant(s)
Pam Transport, Cherokee-Ins. )

CASE NO. _____

JUDGE _____

COMPLAINT

Several phone calls were made during the week of Oct 24, 2016. Emails were traded on Nov. 1st, 2016. I was finally given a claim number on Nov. 1st 2016.

Adjuster Brian Dennis from Cherokee Insurance offers $125 a day for a rental on Nov. 4, 2016. I am now in <u>Steep</u> financial trouble. My insurance <u>can't</u> do anything without a <u>claim number</u>. After 2 weeks we are done.

Cherokee finally sends 2 checks to fix the truck. Bruckners volvo has the truck ready on Dec. 7, 2016. It only took them 4 days to put it together.

We were in a home modification 4 days prior to the accident. <u>WE LOST OUR Home!</u> Cherokee wouldn't help me get into a rental truck!

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Jeffrey D. Springman
Lendy Long,
Plaintiff

-vs-

Pam Transport,
Defendant(s)
Prime Logistics Corp. Cherokee Ins.

CASE NO. _____

JUDGE _____

COMPLAINT

During this ordeal Brian Dennis (Cherokee claims adj.) was removed. We were not notified. Ashley Kuykendall took over in or about April 2017. She emailed my contract lawyer Mr. Kevin Soucek. Cherokee Insurance will not do anything until its proven I am owner operator at the time of the accident. Vlad at Prime Logistics corp filed a claim saying I was only a company driver. Please refer to exhibits D, E. Mr. Oheearl, an unemployment agent of Texas was told by Prime Logistics corp I was an owner operator so, I am not entitled to anything. Prime also informed my attorney Mr. Soucek, I was an owner operator. They refuse to give us my employee file. Anytime during this ordeal, Pam Transport, Cherokee Ins. could have retained an in-house subpoena to finish this case. THEY CHOSE NOT TO!

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Jeffrey D. Springman
Plaintiff
Lendy Long

-vs-

Vime Logistics Corp.
Defendant(s)
Pam Transport, Cherokee Ins.

CASE NO. _____

JUDGE _____

COMPLAINT

Jeffrey D. Springman, Lendy Long, are asking for the following

1. Loss of house, truck, and other property.
2. Economic losses, damage to our credit.
3. Loss of income oil hauling contract
4. Rule of 72: loss of investment.