**Subject:** Fwd: AL126488 DOL 10/22/2016
**From:** hardworkingman_jeff@aol.com (hardworkingman_jeff@aol.com)
**To:** lendy.long@yahoo.com;
**Date:** Friday, July 14, 2017 3:51 PM

Sent from AOL Mobile Mail

-----Original Message-----
From: Brian Dennis <bdennis@cherokeeinsurance.com>
To: hardworkingman_jeff <hardworkingman_jeff@aol.com>
Sent: Thu, Nov 3, 2016 10:21 AM
Subject: AL126488 DOL 10/22/2016

Jeff,

I received your voicemail. We have had this claim in our possession for less than 24 hours, so I am unsure who is brushing you off.

Do you have an actual estimate you can provide me? I cannot review this 1 item "repair per estimate" invoice. Please forward an actual estimate to my email address bdennis@cherokeeinsurance.com.

Furthermore, if you do chose to seek advice from an attorney as threatened, please make sure they send over a letter of representation for our file.

Thanks,

**Brian Dennis**
Claims Representative
Cherokee Insurance Co.
P. (800) 814-3984 x3453
F. (586) 819-0436