**Subject:** Fwd: AL126488 DOL 10/22/2016
**From:** hardworkingman_jeff@aol.com (hardworkingman_jeff@aol.com)
**To:** lendy.long@yahoo.com;
**Date:** Friday, July 14, 2017 9:26 PM

Sent from AOL Mobile Mail

-----Original Message-----
From: Brian Dennis <bdennis@cherokeeinsurance.com>
To: Jeff Springman <hardworkingman_jeff@aol.com>
Sent: Fri, Nov 4, 2016 03:10 PM
Subject: RE: AL126488 DOL 10/22/2016

We are in the process of reviewing this estimate.

For downtime, we offer $125.00/day on the price of a rental tractor.

Thanks,

**Brian Dennis**
Claims Representative
Cherokee Insurance Co.
P. (800) 814-3984 x3453
F. (586) 819-0436

---

**From:** Jeff Springman [mailto:hardworkingman_jeff@aol.com]
**Sent:** Thursday, November 03, 2016 5:09 PM
**To:** Brian Dennis
**Subject:** RE: AL126488 DOL 10/22/2016

Sent from my Verizon 4G LTE smartphone

-------- Original message --------
From: Brian Dennis <bdennis@cherokeeinsurance.com>
Date: 11/3/16 10:21 AM (GMT-06:00)
To: hardworkingman_jeff@aol.com
Subject: AL126488 DOL 10/22/2016