From: Jeff Springman [mailto:hardworkingman_jeff@aol.com]
Sent: Tuesday, November 01, 2016 11:31 AM
To: Amy White
Subject: RE: RE:

Owner operator



Sent from my Verizon 4G LTE smartphone


-------- Original message --------
From: Amy White <WHITA@pamt.com>
Date: 11/1/16 11:30 AM (GMT-06:00)
To: Jeff Springman <hardworkingman_jeff@aol.com>
Subject: RE: RE:

Ok, your claim number here at Pam is 16-2411. Are you an owner operator or a company driver for Prime Logistics?

Respectfully,

*Amy White-Eoff*
*Casualty Claims Supervisor*



PAM Transport, Inc.
PO Box 188
297 West Henri de Tonti Blvd
Tontitown AR 72770
800-283-5129 Toll Free
479-361-5594 Direct Line
479-361-5579 Fax
whita@pamt.com


From: Jeff Springman [mailto:hardworkingman_jeff@aol.com]
Sent: Tuesday, November 01, 2016 11:29 AM